IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TRUSTEES OF THE NATIONAL ELEVATOR :
INDUSTRY PENSION, ET AL. :
: CIVIL ACTION
v. :
: NO. 17-3108
1ST PRIORITY ELEVATOR COMPANY, ET AL. :

# **O R D E R**

**AND NOW**, this 4th day of December, 2017, upon consideration of Plaintiffs' Motion for Default Judgment (ECF No. 5), and all documents submitted in support thereof, it is **ORDERED** that default judgment is entered in favor of Plaintiffs and against Defendants 1st Priority Elevator Company and Mauline Williams, jointly and severally, for the following:

(1) $37,627.17 in principal delinquent contributions and interest for payroll audit period of January 1, 2012 to May 31, 2014, plus additional accrued interest since the time of the audit of $3,320.75;

(2) $3,862.00 in audit fees;

(3) $7,132.64 in liquidated damages;

(4) $80.66 in interest for late payment of contributions for the months of February, March, May, and June 2017; and

(5) $1,437.50 in attorneys' fees, and $670.00 in costs for bringing this lawsuit.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**